UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD EDWARD SWATHWOOD,

      Petitioner,    No. 04-CV-72251-DT

vs.              Hon. Gerald E. Rosen

BLANE LAFLER,

      Respondent.
_____/

ORDER DENYING PETITIONER'S EX-PARTE
MOTION TO APPOINT COUNSEL

  At a session of said Court, held in
  the U.S. Courthouse, Detroit, Michigan
  on    March 31, 2008

  PRESENT: Honorable Gerald E. Rosen
         United States District Judge

  This matter is presently before the Court on Petitioner's *Ex-Parte* Motion for appointment of counsel. Petitioner seeks appointment of counsel to aid him in presenting and arguing his claims. Petitioner has no absolute right to be represented by counsel on habeas corpus review, *see Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987). Furthermore, his habeas petition and supporting brief clearly set forth his claims. Therefore, the interests of justice do not require appointment of counsel at this time. 18 U.S.C. § 3006A(a)(2)(B). Accordingly,

  IT IS HEREBY ORDERED that Petitioner's *Ex-Parte* Motion to Appoint

1

Counsel **[Dkt. #8]** is DENIED.

                          s/Gerald E. Rosen
                          Gerald E. Rosen
                          United States District Judge

Dated: March 31, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 31, 2008, by electronic and/or ordinary mail.

                          s/LaShawn R. Saulsberry
                          Case Manager